UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RANDALL WADE COOPER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHAD NAVE, )<br>COREY LOFTIS, )<br>EMARY BRYANT, )<br>MARIO SANTOS, and )<br>ERIC GEREN, )<br>)<br>Defendants. ) | No.: 2:19-CV-208-TAV-CRW |

## ORDER

For reasons stated in the memorandum opinion entered contemporaneously herewith, Defendants' Motion for Summary Judgment [Doc. 41] is **GRANTED**. Because all claims against all defendants in this action have been dismissed, the case is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ John L. Medearis
    CLERK OF COURT